FILED
CHARLOTTE, NC

MAY 29 2013

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-82, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>Defendants. | FILED UNDER SEAL<br><br>Civil Action No. 3:13cv319<br><br>[PROPOSED] ORDER TEMPORARILY SEALING COURT FILE |

This matter comes before the Court on the Motion of Plaintiff Microsoft Corporation ("Microsoft") to temporarily seal documents filed by Microsoft.

Upon consideration of Microsoft's Motion, the pleadings filed herein, the arguments of counsel, and the supporting authority, the Court hereby:

ORDERS that the instant case and the following documents be filed and maintained UNDER SEAL, such that it is not accessible on the Public Access to Court Electronic Records ("PACER") website or otherwise appear on the public docket, in accordance with Federal Rule of Civil Procedure 26(c)(1) pending execution of both the execution of the temporary restraining order and the seizure order sought in *Ex Parte* Application for Emergency Temporary Restraining Order, Seizure Order And Order to Show Cause Re Preliminary filed by Microsoft in this matter on May 29, 2013:

    1.    Complaint and the Appendices attached thereto;

2. Motion for a Protective Order Temporarily Sealing Documents;

3. Brief In Support Of Motion for a Protective Order Temporarily Sealing Documents and the Exhibits thereto;

4. [Proposed] Protective Order Temporarily Sealing Documents;

5. Notice of Hearing for Motions for a Protective Order Temporarily Sealing Documents;

6. Motion for Leave to Exceed Page Limits for Brief In Support Of *Ex Parte* Application of Microsoft for an Emergency Temporary Restraining Order, Seizure Order, and Order to Show Cause Re Preliminary Injunction;

7. Brief In Support Of Motion for Leave to Exceed Page Limits for Brief In Support Of *Ex Parte* Application of Microsoft for an Emergency Temporary Restraining Order, Seizure Order, and Order to Show Cause Re Preliminary Injunction;

8. *Ex Parte* Application of Microsoft for an Emergency Temporary Restraining Order, Seizure Order, and Order to Show Cause Re Preliminary Injunction;

9. Brief In Support Of *Ex Parte* Application of Microsoft for an Emergency Temporary Restraining Order, Seizure Order, and Order To Show Cause Re Preliminary Injunction and the Exhibits thereto;

10. Declaration of Vishant Patel In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and Exhibits thereto;

11. Declaration of David Anselmi In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and Exhibits thereto;

12. Declaration of John Wilson In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and Exhibits thereto;

13. Declaration of Eric Guerrino In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and Exhibits thereto;

14. Declaration of Pamela Moore In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and the Exhibits thereto;

15. Declaration of Jeffrey L. Cox In Support Of *Ex Parte* Application For An Emergency Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction and Exhibits thereto;

16. [Proposed] *Ex Parte* Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction; and

17. Notice of Hearing for *Ex Parte* Temporary Restraining Order, Seizure Order, And Order To Show Cause Re Preliminary Injunction.

IT IS FURTHER ORDERED that, immediately upon execution of the temporary restraining order and seizure order sought by Microsoft in is Application for TRO, the instant case shall be unsealed and the foregoing documents shall be filed in the public docket.

IT IS FURTHER ORDERED that Microsoft, upon execution of the *ex parte* relief and seizure sought in the Application for TRO, shall file with the Clerk of the Court a Notice that the temporary restraining order and seizure order have been executed, and shall be permitted to disclose such material as is deemed necessary, including in order to commence its efforts to

provide Defendants notice of the preliminary injunction hearing and service of the Complaint by publication and other means.

IT IS SO ORDERED

Entered this 20th day of May, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE