IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-82, CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>　　　　　　Defendants. | Civil Action No. 3:13-cv-00319-GCM<br><br>**ORDER GRANTING AUTHORITY TO CONDUCT DISCOVERY NECESSARY TO IDENTIFY AND SERVE DOE DEFENDANTS** |

　　　　This matter comes before the Court on Plaintiff Microsoft Corporation ("Microsoft") Motion for Authority to Conduct Discovery Necessary to Identify and Serve Doe Defendants.

　　　　Upon consideration of Microsoft's Motion, the Court being fully apprised of the facts and law, and good cause presented during the June 10, 2013 hearing before the Court, the Court HEREBY GRANTS the Motion for Authority to Conduct Discovery Necessary to Identify and Serve Doe Defendants. Such authority shall include the following:

　　　　Microsoft may serve discovery upon all third-party companies, such as, but not limited to, Internet service providers, domain registrars, hosting companies, and payment providers, likely to have information that could aid in the identification of the Doe Defendants.

　　　　Microsoft shall have until 120 days from the date of this Order to conduct discovery necessary to identify and serve the Doe Defendants.

IT IS SO ORDERED

Signed: June 13, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge