UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:13-cv-319

| | |
|---|---|
| **MICROSOFT CORPORATION, a Washington, Corporation,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>**JOHN DOES 1-82, CONTROLLING A COMPUTER BOTNET THEREBY INJURINT MICROSOFT AND ITS CUSTOMERS**<br>Defendants. ) | CLERK'S ORDER OF DISBURSEMENT |

    This matter is before the Clerk for purposes of disbursing the interest on principal on deposit with the Clerk in accordance with the December 11, 2013, Order Bond (Doc #25) from Honorable Graham C. Mullen, U.S. District Judge that the funds on deposit with the Court be released to Microsoft Corporation, care of counsel for Microsoft Corporation, Mr. Gabriel M. Ramsey. The amount on deposit is $300,000.00 and interest in the amount of $23.40.

    The principal amount shall be disbursed in accordance with the court's Order with interest of $23.40.

Signed: December 18, 2013

Frank G. Johns, Clerk
United States District Court